Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Benjamin Pease*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MUNGUIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ATYR PHARMA INC. and SANJAY S. SHUKLA, <br><br> Defendants. | Case No. 3:25-cv-02681-WQH-SBC <br><br> **NOTICE OF MOTION AND MOTION OF BENJAMIN PEASE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** <br><br> Judge: Hon. William Q. Hayes <br> Date: January 12. 2025 <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| JOHN KING, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ATYR PHARMA INC. and SANJAY S. SHUKLA, <br><br> Defendants. | Case No. 3:25-cv-02826-WQH-SBC |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Benjamin Pease ("Pease") hereby moves this Court for entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Pease as Lead Plaintiff pursuant to the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78-u(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Pease's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

Pease seeks consolidation of the above-captioned actions, appointment as lead plaintiff, and approval of his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Charles H. Linehan, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

DATED:  December 8, 2025

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Charles H. Linehan*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  rprongay@glancylaw.com

*Counsel for Lead Plaintiff Movant Benjamin Pease*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*