Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant
Benjamin Pease*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MUNGUIA, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>       v.<br><br>ATYR PHARMA INC. and SANJAY S. SHUKLA,<br><br>              Defendants. | Case No. 3:25-cv-02681-WQH-SBC<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF BENJAMIN PEASE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Judge: Hon. William Q. Hayes<br>Date: January 12. 2025<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| JOHN KING, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>       v.<br><br>ATYR PHARMA INC. and SANJAY S. SHUKLA,<br><br>              Defendants. | Case No. 3:25-cv-02826-WQH-SBC |

I, Charles H. Linehan, declare as follows:

1.    I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Benjamin Pease ("Pease") and proposed lead counsel for the class in the above-captioned actions. I make this declaration in support of Pease's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Notice published in *Globe Newswire* on October 9, 2025, announcing the pendency of the first-filed class action against the Defendants herein;

Exhibit B:   Signed PSLRA Certifications of Pease;

Exhibit C:   Analysis of Pease's financial interest; and

Exhibit D:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of December 2025, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

---

1