# EXHIBIT A



**Source:** *Levi & Korsinsky, LLP*

*October 09, 2025 16:24 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of aTyr Pharma, Inc. Common Stock and Sets a Lead

# Plaintiff Deadline of December 8, 2025

NEW YORK, Oct. 09, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired common stock of aTyr Pharma, Inc. ("aTyr" or the "Company") (NASDAQ: ATYR) between January 16, 2025, and September 12, 2025, inclusive. You are hereby notified** that the class action lawsuit *Marco Munguia v. aTyr Pharma, Inc., et al.* (Case No. 3:25-cv-02681) has been commenced in the United States District Court for the Southern District of California. To get more information **go to:**

https://zlk.com/pslra-1/atyr-pharma-inc-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided overwhelmingly positive statements to investors while, at the same time, disseminating false and misleading statements and/or concealing material adverse facts concerning the efficacy of Efzofitimod, particularly, the drug's capability to allow a patient to completely taper their steroid usage.

The truth emerged on September 15, 2025 (pre-market) when aTyr hosted an investor call announcing that the EFZO-FIT study did not meet its primary endpoint. In pertinent part, defendants announced that the study did not meet the primary endpoint in change from baseline in mean daily OSC dose at week 48. Additionally, aTyr announced that the Company's next step was to engage with the FDA to determine a path forward, given the disappointing topline results.

Following this news, the price of aTyr's common stock declined from a closing market price of $6.03 per share on September 12, 2025 to $1.02 per share on September 15, 2025, a decline of 83.2% in the span of just a single day.

**If you suffered a loss in ATYR common stock, you have until December 8, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved

shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com