# EXHIBIT C

# Financial Interest Analysis

| | |
|---|---|
| **Company Name:** | aTyr Pharma Inc. |
| **Ticker:** | ATYR |
| **Class Period:** | November 7, 2024 to September 12, 2025 |
| **Name:** | Benjamin Pease |

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/25/2025 | 1,000 | $5.2000 | -$5,200.0000 | | $0.0000 | -$5,200.00 |
| 9/2/2025 | 1,000 | $5.6400 | -$5,640.0000 | | $0.0000 | -$5,640.00 |
| 9/2/2025 | 1,000 | $5.6000 | -$5,600.0000 | | $0.0000 | -$5,600.00 |
| 9/5/2025 | 1,500 | $5.4200 | -$8,130.0000 | | $0.0000 | -$8,130.00 |
| 9/8/2025 | 700 | $5.5000 | -$3,850.0000 | | $0.0000 | -$3,850.00 |
| 9/9/2025 | 10,000 | $5.4800 | -$54,800.0000 | | $0.0000 | -$54,800.00 |
| 9/9/2025 | 5,000 | $5.5000 | -$27,500.0000 | | $0.0000 | -$27,500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **20,200** | | | | **Subtotal:** | **-$110,720.00** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $17,500.90 |
| | | | $0.8664 | | **Total:** | **-$93,219.10** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between September 15, 2025 and December 5, 2025.