Robert V. Prongay (SBN 270796)
    *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
    *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
    *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant*
*Benjamin Pease*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MUNGUIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATYR PHARMA INC. and SANJAY S. SHUKLA,<br><br>Defendants. | Case No. 3:25-cv-02681-WQH-SBC<br><br>**PROOF OF SERVICE** |
| JOHN KING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATYR PHARMA INC. and SANJAY S. SHUKLA,<br><br>Defendants. | Case No. 3:25-cv-02826-WQH-SBC |

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On December 8, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 8, 2025, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan