Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MUNGUIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ATYR PHARMA INC. and SANJAY S. SHUKLA, <br><br> Defendants. | Case No. 3:25-cv-02681-WQH-SBC <br><br> CLASS ACTION <br><br> **NOTICE OF MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT JOSHUA BLOOM AND ANDREA HOLLIDAY BLOOM AS LEAD PLAINTIFF, AND APPROVE SELECTION OF COUNSEL** <br><br> DATE: January 12, 2026 <br> JUDGE: Hon. William Q. Hayes <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| JOHN KING, Individually and on Behalf of All Others Similarly Situated <br><br> Plaintiff, <br><br> v. <br><br> ATYR PHARMA INC. and SANJAY S. SHUKLA, <br><br> Defendants. | Case No. 3:25-cv-02826-WQH-SBC |

**TO:    ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), Joshua Bloom and Andrea Holliday Bloom ("Movants") will and hereby do move the Honorable William Q. Hayes, on or about January 12, 2026, at the United States District Court, Southern District of California, located at Courtroom 15B, James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101, for an order (1) consolidating the above-captioned actions ("Related Actions"); (2) appointing them as lead plaintiff in the above-referenced action, (3) approving their selection of Hagens Berman Sobol Shapiro LLP as lead counsel; and (4) granting any such further relief as the Court may deem just and proper.

This motion is based on this notice of motion and motion, the memorandum of law in support thereof, the declaration of Lucas E. Gilmore in support of this motion, the pleadings and records on file in this action, and any other written or oral argument or other matter that may be presented to the Court and that the Court may consider in deciding this motion.

The portion of this motion to consolidate is made on the grounds that the Related Actions arise from the same operative facts, name identical defendants, and are appropriate for consolidation.

Movants make this motion on the belief that Movants are the most "adequate plaintiff" as defined in the PSLRA because:

1.    Movants have the largest known financial interest in the relief sought by the Class. Movants have incurred substantial losses as a result of their purchase and/or acquisition of shares of aTyr securities;

2.    Movants have timely filed this motion pursuant to the PSLRA; and

3.    Movants meet the requirements of the PSLRA and Federal Rule of Civil Procedure 23 in that their claims are typical of the claims of the class and they will fairly and adequately represent the interests of the class.

Accordingly, under the PSLRA, Movants are presumptively the most adequate plaintiff and should be appointed as lead plaintiff to pursue this class action against Defendants.

If Movants are appointed as lead plaintiff, pursuant to the PSLRA, they respectfully request that the Court appoint their selection of lead counsel. Movants have selected lead counsel with extensive experience in securities fraud and other class action litigation.

WHEREFORE, Movants respectfully request that the Court: (1) consolidate the Related actions; (2) appoint Movants as the Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (3) approve Movants' selection of Hagens Berman as Lead Counsel for the class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: December 8, 2025          Respectfully submitted

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Lucas E. Gilmore*
          LUCAS E. GILMORE
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*