Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MUNGUIA, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>ATYR PHARMA INC. and SANJAY S. SHUKLA,<br><br>        Defendants. | Case No. 3:25-cv-02681-WQH-SBC<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT JOSHUA BLOOM AND ANDREA HOLLIDAY BLOOM AS LEAD PLAINTIFF, AND APPROVE SELECTION OF COUNSEL**<br><br>DATE:    January 12, 2026<br>JUDGE:   Hon. William Q. Hayes<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| JOHN KING, Individually and on Behalf of All Others Similarly Situated<br><br>        Plaintiff,<br><br>    v.<br><br>ATYR PHARMA INC. and SANJAY S. SHUKLA,<br><br>        Defendants. | Case No. 3:25-cv-02826-WQH-SBC |

I, Lucas E. Gilmore, declare as follows:

1.   I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Joshua Bloom and Andrea Holliday Bloom ("Movants"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movants' motion to: (1) consolidate the above-captioned Related Actions; (2) appoint Movants as Lead Plaintiff in the above-captioned cases and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (3) approve Movants' selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the Class; and (4) for any such other and further relief as the Court may deem just and proper.

2.   Attached hereto as Exhibits A through E are true and correct copies of the following documents:

Exhibit A:  Movants' Certifications;

Exhibit B:  Movants' Loss Calculation;

Exhibit C:  Movants' Joint Declaration;

Exhibit D:  Notice of Pendency of *Munguia* action published on October 9, 2025; and

Exhibit E:  The firm résumé of Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of December, 2025.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

-1-

**TABLE OF CONTENTS OF EXHIBITS TO THE DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT JOSHUA BLOOM AND ANDREA HOLLIDAY BLOOM AS LEAD PLAINTIFF, AND APPROVE SELECTION OF COUNSEL**

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| A | Movants' Certifications | 1-5 |
| B | Movants' Loss Calculation | 6-15 |
| C | Movants' Joint Declaration | 16-19 |
| D | Notice of Pendency published on October 9, 2025 | 20-22 |
| E | The firm résumé of Hagens Berman Sobol Shapiro LLP | 23-67 |

-2-