# Exhibit C

Exhibit C
16

## DECLARATION OF JOSHUA BLOOM AND ANDREA HOLLIDAY BLOOM IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

We, Joshua Bloom and Andrea Holliday Bloom, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We respectfully submit this Declaration in support of our motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") on behalf of investors in aTyr Pharma, Inc. ("aTyr or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      We are a married couple.  We presently reside in Greenville, South Carolina.

3.      I, Joshua, work as a manager at a large, independent electrical distributor. I earned a Bachelor of Science degree in Electrical Engineering from Clemson University and a Master of Science in Engineering Management from Oklahoma State University.  I have approximately 20 years of experience in managing personal investments.

4.      I, Andrea, work as a director for a nationally operating provider of healthcare and human services. I earned a Bachelor of Science degree in Industrial Engineering from Texas A&M University and a Master of Science in Organizational Leadership and Ethics from St. Edward's University.  I have approximately 15 years of experience in managing personal investments.

5.      As set forth in our certifications, during the Class Period we personally purchased a substantial amount of aTyr securities, retained those securities through disclosures that allegedly caused the securities' price to drop significantly, and suffered substantial recoverable losses as a result. By virtue of our significant financial interest in the resolution of the Action we are motivated to litigate vigorously, efficiently, and to the best of our ability to maximize the potential recovery for ourselves and the Class we seek to represent.

6.      Prior to seeking appointment as lead plaintiff in the Action, we communicated with attorneys at Hagens Berman Sobol Shapiro LLP about the lead plaintiff process, the responsibilities of a lead plaintiff under the PSLRA, and how the case would progress after a lead plaintiff is appointed. We understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that we would owe duties to the Class to act in its best interest. If appointed as lead plaintiff, we will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary. We further understand that we are not required to seek appointment as lead plaintiff in order to recover.

Exhibit C

17

Docusign Envelope ID: 82F621E5-E360-46D8-B3E4-25B1C4ECA77F

Rather, based on our financial interest, we decided to seek lead plaintiff appointment rather than remain an absent class member.

7.    After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Hagens Berman Sobol Shapiro LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes we signed a retainer agreement with Hagens Berman Sobol Shapiro LLP and authorized the firm to file a lead plaintiff motion on our behalf.

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing statements related to ourselves are true and correct. Executed on this 4th day of December, 2025.

DocuSigned by:

*Joshua Bloom*

C8370F1C5C91470...

Joshua Bloom

Andrea Holliday Bloom

Exhibit C

18

Rather, based on our financial interest, we decided to seek lead plaintiff appointment rather than remain an absent class member.

7.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Hagens Berman Sobol Shapiro LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes we signed a retainer agreement with Hagens Berman Sobol Shapiro LLP and authorized the firm to file a lead plaintiff motion on our behalf.

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing statements related to ourselves are true and correct. Executed on this 4th day of December, 2025.

_____
Joshua Bloom

Signed by:

*Andrea Holliday Bloom*
09CE513274C742C
_____
Andrea Holliday Bloom

Exhibit C

19