**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Insun Lee, Anthony Fairris,*
*and Karyn Fairris*

*- additional counsel on signature page -*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MUNGUIA, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>ATYR PHARMA INC., and SANJAY S. SHUKLA,<br><br>                                    Defendants. | No.  3:25-cv-02681-WQH-SBC<br><br>**NOTICE OF MOTION OF INSUN LEE, ANTHONY FAIRRIS, AND KARYN FAIRRIS FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF COUNSEL**<br><br>JUDGE:   William Q. Hayes<br>DATE:     January 12, 2026<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

NOTICE OF MOTION - 3:25-cv-02681-WQH-SBC; 3:25-cv-02826-WQH-SBC

| | |
|---|---|
| JOHN KING, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>              v.<br><br>ATYR PHARMA INC., and SANJAY S. SHUKLA,<br><br>                  Defendants. | No.  3:25-cv-02826-WQH-SBC |

NOTICE OF MOTION - 3:25-cv-02681-WQH-SBC; 3:25-cv-02826-WQH-SBC

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Insun Lee, Anthony Fairris, and Karyn Fairris (together, "Lee and the Fairris Family"), by and through their counsel, will and do hereby move this Court pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Lee and the Fairris Family as Co-Lead Plaintiffs on behalf of a class (the "Class") consisting of all investors that purchased or otherwise acquired aTyr Pharma Inc. ("aTyr") common stock, purchased call options on aTyr common stock, and/or sold put options on aTyr common stock between November 7, 2024 and September 12, 2025, both dates inclusive; and (3) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Lee and the Fairris Family submit a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Dated:  December 8, 2025                              Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024

NOTICE OF MOTION - 3:25-cv-02681-WQH-SBC; 3:25-cv-02826-WQH-SBC

1

Telephone: (310) 405-7190
jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Insun Lee, Anthony Fairris, and Karyn Fairris, and Proposed Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Anthony Fairris and Karyn Fairris*

CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti