**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Insun Lee, Anthony Fairris, and Karyn Fairris*

*- additional counsel on signature page -*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MUNGUIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATYR PHARMA INC. and SANJAY S. SHUKLA,<br><br>Defendants. | No.  3:25-cv-02681-WQH-SBC<br><br>**RESPONSE OF INSUN LEE, ANTHONY FAIRRIS, AND KARYN FAIRRIS TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>JUDGE:  William Q. Hayes<br>DATE:  January 12, 2026<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

RESPONSE TO COMPETING MOTIONS - 3:25-cv-02681-WQH-SBC; 3:25-cv-02826-WQH-SBC

JOHN KING, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ATYR PHARMA INC. and SANJAY S. SHUKLA,

Defendants.

No.  3:25-cv-02826-WQH-SBC

RESPONSE TO COMPETING MOTIONS - 3:25-cv-02681-WQH-SBC; 3:25-cv-02826-WQH-SBC

Lead Plaintiff Movants Lee[1] and the Fairris Family respectfully submit this response to the competing motions for consolidation, appointment as Lead Plaintiff, and approval of Lead Plaintiff's selection of counsel filed by: (i) Daniel Gron and Stanley Mwaura (Dkt. No. 6) and (ii) Joshua Bloom and Andrea Holliday Bloom (together, the "Bloom Family") (Dkt. No. 8).[2]

Having reviewed the competing motions before the Court, it appears that, while Lee and the Fairris Family are well-qualified to serve as Co-Lead Plaintiffs in this litigation, they do not have the "largest financial interest" in the litigation within the meaning of the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Rather, it appears that the Bloom Family has the largest loss. *See* Dkt. No. 8-4. Should the Court determine that the Bloom Family does not otherwise satisfy the typicality and adequacy requirements of Rule 23, as required under the PSLRA for appointment as Lead Plaintiff (*see* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(cc)), or that the statutory presumption in the Bloom Family's favor for appointment as Lead Plaintiff has otherwise been rebutted (*see id.* § 78u-

---

[1] All capitalized terms herein are defined in Lee and the Fairris Family's moving brief, unless otherwise indicated. *See* Dkt. No. 9-1.

[2] Initially, three other putative Class members, Michael Todd Morrow ("Morrow"), Wallace Madewell ("Madewell"), and Benjamin Pease ("Pease") filed similar competing motions. *See* Dkt. Nos. 4–5, 7. On December 17, 2025, Morrow withdrew his competing motion. *See* Dkt. No. 10. On December 29, 2025, Madewell and Pease withdrew their competing motions. *See* Dkt. Nos. 13–14.

4(a)(3)(B)(iii)(II)), Lee and the Fairris Family remain ready, willing, and able to serve as Co-Lead Plaintiffs on behalf of the Class in this litigation.

This response shall have no impact on Lee and the Fairris Family's membership in the proposed Class, their right to share in any recovery obtained for the benefit of Class members, or their ability to serve as Co-Lead Plaintiffs or representative parties should the need arise.

Dated:  December 29, 2025                      Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Insun Lee, Anthony Fairris,*
*and Karyn Fairris, and Proposed Lead*
*Counsel for the Class*

RESPONSE TO COMPETING MOTIONS - 3:25-cv-02681-WQH-SBC;
3:25-cv-02826-WQH-SBC
2

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Anthony Fairris and Karyn Fairris*

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

RESPONSE TO COMPETING MOTIONS - 3:25-cv-02681-WQH-SBC;
3:25-cv-02826-WQH-SBC

4