UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARCO MUNGUIA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ATYR PHARMA INC. and SANJAY S. SHUKLA,

Defendants.

Case No. 3:25-cv-02681-WQH-SBC

Judge: Honorable William Q. Hayes

JOHN KING, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ATYR PHARMA INC. and SANJAY S. SHUKLA,

Defendants.

Case No. 3:25-cv-02826-WQH-SBC

**RESPONSE OF ATYR INVESTOR GROUP TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Lead Plaintiff Movants Daniel Gron and Stanley Mwaura (together, the "aTyr Investor Group") respectfully submit this response to the competing motions for consolidation, appointment as Lead Plaintiff, and approval of Lead Plaintiff's selection of counsel filed by Joshua Bloom and Andrea Holliday Bloom (together, the "Bloom Family") (Dkt. No. 8).[1]

---

[1] Four additional putative Class members filed competing motions: Anthony Fairris, Karyn Fairris, and Insun Lee (collectively, "Lee and the Fairris Family"), Michael Todd Morrow ("Morrow"),

1

Having reviewed the competing motions before the Court, it appears that while the aTyr Investor Group is well qualified to serve as Co-Lead Plaintiffs in this action, it does not have the "largest financial interest" in the litigation within the meaning of the PSLRA. See 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Rather, the record reflects that the Bloom Family has suffered the greatest loss. *See* Dkt. No. 8-4. If the Court determines that the Bloom Family does not satisfy the typicality or adequacy requirements of Rule 23, as required for appointment as Lead Plaintiff under the PSLRA, see *id.* § 78u-4(a)(3)(B)(iii)(I)(cc), or that the statutory presumption in the Bloom Family's favor has otherwise been rebutted, see *id.* § 78u-4(a)(3)(B)(iii)(II), the aTyr Investor Group remains ready, willing, and able to serve as Co-Lead Plaintiffs on behalf of the Class in this litigation.

This response shall not affect the aTyr Investor Group's membership in the proposed Class, its right to share in any recovery obtained on behalf of Class members, or its ability to serve as Co-Lead Plaintiffs or representative parties should the need arise.

Dated: January 5, 2026                    Respectfully submitted,

**EDELSBERG LAW, P.A.**
By: /s/ Scott Edelsberg
Scott Edelsberg (SBN 330990)
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Tel: (786) 289-9471
Fax: (786) 623-0915
Email: scott@edelsberglaw.com

---

Wallace Madewell ("Madewell"), and Benjamin Pease ("Pease"). See Dkt. Nos. 4–5, 7. On December 17, 2025, Morrow withdrew his motion. See Dkt. No. 10. On December 29, 2025, Madewell and Pease likewise withdrew their motions. See Dkt. Nos. 13–14. That same day, Lee and the Fairris Family filed their response to the remaining competing motions. See Dkt. No. 15.

**Shamis & Gentile, P.A.**
Andrew J. Shamis
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
Email: ashamis@shamisgentile.com

*Counsel for the aTyr Investor
Group and Proposed Lead
Counsel for the Class*

RESPONSE OF ATYR INVESTOR GROUP TO COMPETING MOTIONS FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL
Case No. 3:25-cv-02681-WQH-SBC

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/Scott Edelsberg*
Scott Edelsberg

RESPONSE OF ATYR INVESTOR GROUP TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL
Case No. 3:25-cv-02681-WQH-SBC