Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Joshua Bloom and*
*Andrea Holliday Bloom*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MUNGUIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ATYR PHARMA INC. and SANJAY S. SHUKLA, <br><br> Defendants. | Case No. 3:25-cv-02681-WQH-SBC <br><br> <u>CLASS ACTION</u> <br><br> **JOINT MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL** <br><br> DATE:      January 12, 2026 <br> JUDGE:    Hon. William Q. Hayes <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| JOHN KING, Individually and on Behalf of All Others Similarly Situated <br><br> Plaintiff, <br><br> v. <br><br> ATYR PHARMA INC. and SANJAY S. SHUKLA, <br><br> Defendants. | Case No. 3:25-cv-02826-WQH-SBC |

Lead plaintiff movants Joshua Bloom and Andrea Holliday Bloom (together, the "Bloom Family"), Insun Lee ("Lee"), and Anthony Fairris and Karyn Fairris (together, the "Fairris Family" and, collectively with the Bloom Family and Lee, "Movants"), by and through their undersigned counsel, respectfully request that the Court consolidate the above-captioned related actions (the "Related Actions"), appoint the Bloom Family and Lee as Co-Lead Plaintiffs for the class in the consolidated action, and approve their respective selections of counsel be appointed as Co-Lead Counsel, thereby resolving the pending motions for consolidation and lead plaintiff and lead counsel appointment.

1. The Related Actions are federal securities class action lawsuits asserting substantially the same claims against the same defendants under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and Rule 10b-5 promulgated thereunder, on behalf of a putative class of investors in aTyr Pharma, Inc. ("aTyr" or the "Company") securities. Accordingly, the Related Actions involve common questions of both law and fact, thus warranting their consolidation under Federal Rule of Civil Procedure 42. *See Richardson v. TVIA, Inc.*, No. C 06 06304 RMW, 2007 WL 1129344, at \*2 (N.D. Cal. Apr. 16, 2007) (consolidating two securities class actions governed by the PSLRA that "present common questions of law and fact").

2. Given that the Related Actions assert class action claims under the Exchange Act, they are subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4 *et seq.*, including the PSLRA's provisions governing the appointment of lead plaintiff(s) and lead counsel to represent the class.

3. In pertinent part, the PSLRA requires courts to appoint one or more members of the purported class to serve as lead plaintiff(s) and approve lead counsel to represent the class. *See* 15 U.S.C. § 78u-4(a)(3)(B).

4. Having met and conferred, Movants agree and respectfully request that the Court appoint the Bloom Family and Lee as Co-Lead Plaintiffs and their

-1-

respective selections of counsel, Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and Pomerantz LLP ("Pomerantz"), as Co-Lead Counsel.

5.      The Bloom Family timely filed a motion for lead plaintiff appointment. *See* Dkt. No. 8. As reflected in the Bloom Family's motion, the Bloom Family possesses a significant financial interest in the outcome of this litigation with losses of approximately $791,654.76—the largest claimed loss amongst all movants. *See* Dkt. No. 8-4 at *2-10. The Bloom Family also filed certifications confirming their willingness to serve as class representatives and provided a declaration containing information about their respective educational and professional backgrounds. *See* Dkt. No. 8-3 at *2, 4; Dkt. No. 8-5 at *2.

6.      Movant Lee timely filed a motion for lead plaintiff appointment with the Fairris Family. *See* Dkt. No. 9. As reflected in Lee and the Fairris Family's motion, Lee possesses a significant financial interest in the outcome of this litigation with losses of approximately $133,498—the largest individual loss alleged in connection with Lee and the Fairris Family's motion. *See* Dkt. No. 9-2 at *7. Lee also filed a certification confirming her willingness to serve as a class representative and provided a declaration containing information about her background. *See id*. at *19-20, *41.

7.      Motions for lead plaintiff appointment were also filed by four additional investors and/or investor groups: (i) Michael Todd Morrow ("Morrow") (Dkt. No. 4); (ii) Wallace Madewell ("Madewell") (Dkt. No. 5); (iii) Daniel Gron and Stanley Mwaura (together, the "Gron-Mwaura Group") (Dkt. No. 6); and (iv) Benjamin Pease ("Pease") (Dkt. No. 7). Additional movants Morrow, Madewell, the Gron-Mwaura Group, and Pease each either withdrew their respective motions or filed a notice stating their non-opposition to competing motions. *See* Dkt. Nos. 10, 13, 14, 17.

8.      After reviewing each other's submissions to the Court, Movants have agreed to seek, with the Court's approval, the Bloom Family and Lee to serve jointly

-2-

as Co-Lead Plaintiffs and for their selection of counsel, the law firms of Hagens Berman and Pomerantz, to serve as Co-Lead Counsel.

9.   Movants submit that the proposed co-lead plaintiff structure will inure to the benefit of the Class as the co-lead plaintiffs will represent a broader cross-section of the Class as the Bloom Family and Lee bought ATYR securities at different times during the Class Period, thereby better ensuring that all class members are monitored and protected throughout the litigation.  Moreover, with multiple qualified lead plaintiff investors overseeing the litigation, there is an extra layer of fiduciary oversight over the conduct of counsel, further ensuring that the litigation is directed solely for the benefit of the class.

10.   Movants further submit that the proposed co-lead counsel structure will inure to the benefit of the Class as the combined legal teams bring a broader range of specialized experience in securities class action litigation against biopharma companies involving allegations of alleged misstatements and concealing negative data about trial drugs. At the same time, the proposed Co-Lead Counsel have committed to implement a strict division of labor based on each firm's strengths thereby minimizing duplication of effort.

11.   Courts have endorsed similar requests from competing lead plaintiff movants as promoting the statutory purposes of the PSLRA, and have permitted independent lead plaintiff movants to join together where movants "concluded that a protracted dispute concerning lead plaintiff appointment … [wa]s not in the best interests of the class and that jointly prosecuting th[e] litigation would be appropriate and assist with the speedy commencement of th[e] litigation[.]" *In re Facebook, Inc. Sec. Litig.*, No. 5:18-cv-01725-EJD (N.D. Cal. Aug. 3, 2018), Dkt. No. 56 at 2-3 (approving stipulation of lead plaintiff movants); *accord Leong v. Capricor Therapeutics, Inc. et al.*, No. 3:25-cv-01815-GPC-AHG (S.D. Cal. Oct. 14, 2025), Dkt. No. 25; *Gonzalez v. Intellia Therapeutics, Inc. et al.*, No. 1:25-cv-10353-DJC (D. Mass. June 13, 2025), Dkt. No. 28; *Ragan v. Farfetch Limited et al.*, No. 8:23-

cv-02857-MJM (D. Md. Jan. 17, 2024), Dkt. No. 50; *Pizzuto v. Homology Meds., Inc. et al.*, No. 2:22-cv-01968-FLA-JPR (C.D. Cal. July 1, 2022), Dkt. No. 38; *In re Grab Holdings Limited Sec. Litig.*, No. 1:22-cv-02189-VM (S.D.N.Y. June 7, 2022), Dkt. No. 39; *Terenzini v. GoodRx Holdings, Inc. et al.*, No. 2:20-cv-11444-DOC (C.D. Cal. Apr. 8, 2021), Dkt. No. 65; *Zhou v. Faraday Future Intelligent Elec. Inc. et al.*, No. 2:21-cv-09914-CAS-JC (C.D. Cal. Mar. 7, 2022), Dkt. Nos. 32-33.

12.    Provided the Court is inclined to grant Movants' joint motion for consolidation of the Related Actions, the Bloom Family and Lee's Co-Lead Plaintiff appointment, and approve their selection for Co-Lead Counsel, counsel for the parties will meet and confer and propose within fourteen (14) days a schedule for filing an amended complaint and responses thereto.

WHEREFORE, Movants respectfully move this Court for the entry of an order consolidating the Related Actions, appointing the Bloom Family and Lee as Co-Lead Plaintiffs, and approving their selection of Hagens Berman and Pomerantz as Co-Lead Counsel.

-4-

Dated: January 5, 2026          Respectfully submitted

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By /s/ *Lucas E. Gilmore*
          LUCAS E. GILMORE
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Counsel for Joshua Bloom and*
*Andrea Holliday Bloom and Proposed*
*Co-Lead Counsel for the Class*

**POMERANTZ LLP**

By /s/ *Jennifer Pafiti*
          JENNIFER PAFITI (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

-5-

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile:  (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Insun Lee, Anthony Fairris, and Karyn Fairris and Proposed Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile:  (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Anthony Fairris and Karyn Fairris*

JOINT MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS
CASE NOS. 3:25-CV-02681-WQH-SBC AND 3:25-CV-02826-WQH-SBC

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

-7-