Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Counsel for Joshua Bloom and
Andrea Holliday Bloom and Co-Lead Counsel
for the Class*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re aTyr Pharma Inc. Class Action Securities Litigation | Lead Case No.: 3:25-cv-02681-WQH-SBC |
| This document relates to: | **JOINT MOTION TO SET DEADLINE TO FILE THE AMENDED COMPLAINT AND ESTABLISH BRIEFING SCHEDULE ON DEFENDANTS' RESPONSIVE PLEADINGS** |
| Case No. 3:25-cv-02681-WQH-SBC | |
| Case No. 3:25-cv-02826-WQH-SBC | |

Pursuant to the Court's Order [ECF No. 23], Co-Lead Plaintiffs Joshua Bloom, Andrea Holliday Bloom and Insun Lee (collectively, "Plaintiffs") and Defendants aTyr Pharma Inc. and Sanjay S. Shukla (collectively, "Defendants" and together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, jointly move as follows:

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, Pub. L. No. 104-67, 109 Stat. 737 (1995) ("PSLRA"), under which discovery is stayed during the pendency of any motion to dismiss, unless otherwise ordered by the Court (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, on February 9, 2026, the Court issued an order granting the joint motion for appointment of Co-Lead Plaintiffs and Hagens Berman Sobol Shapiro LLP and Pomerantz LLP as Co-Lead Counsel [*see* ECF No. 23];

WHEREAS, pursuant to the February 9, 2026 Order, the Parties have met and conferred and, based on counsel for the Parties' schedules, the Parties have agreed to the schedule set forth below for the filing of Plaintiffs' consolidated amended complaint and briefing of Defendants' responses thereto; and

The Parties therefore move the Court to enter an order as follows:

1. Plaintiffs shall file a consolidated amended complaint no later than May 1, 2026;

2. Defendants shall answer or otherwise respond to the amended complaint on or before July 17, 2026;

3. If Defendants move to dismiss the amended complaint, Plaintiffs' opposition to Defendants' motion to dismiss the amended complaint shall be filed on or before August 28, 2026;

4. Defendants' reply in support of their motion to dismiss the amended complaint shall be filed on or before September 28, 2026.

-1-

Dated: February 23, 2026

Respectfully submitted

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By /s/ *Lucas E. Gilmore*
　　LUCAS E. GILMORE
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Counsel for Joshua Bloom and
Andrea Holliday Bloom and Co-Lead Counsel
for the Class*

**POMERANTZ LLP**
Omar Jafri (*pro hac vice*)
Genc Arifi (*pro hac vice*)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
ojafri@pomlaw.com
garifi@pomlaw.com

*Counsel for Insun Lee and Co-Lead Counsel
for the Class*

JOINT MOTION TO SET DEADLINE TO FILE THE AMENDED COMPLAINT AND ESTABLISH BRIEFING
SCHEDULE ON DEFENDANTS' RESPONSIVE PLEADINGS
CASE NO. 3:25-CV-02681-WQH-SBC

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile:  (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Anthony Fairris and Karyn Fairris*

**COOLEY LLP**

By /s/ *Koji Fukumura*
        KOJI FUKUMURA
Koji Fukumura (189719)
Craig TenBroeck (287848)
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6008
Facsimile: (858) 550-6420
kfukumura@cooley.com
ctenbroeck@cooley.com

*Counsel for Defendants aTyr Pharma Inc. and Sanjay S. Shukla*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Lucas E. Gilmore
LUCAS E. GILMORE

JOINT MOTION TO SET DEADLINE TO FILE THE AMENDED COMPLAINT AND ESTABLISH BRIEFING
SCHEDULE ON DEFENDANTS' RESPONSIVE PLEADINGS
CASE NO. 3:25-CV-02681-WQH-SBC