UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re aTyr Pharma Inc. Class Action Securities Litigation | Case No.: 3:25-cv-02681-WQH-SBC |
| _____ | |
| This document relates to: | |
|    Case No.: 3:25-cv-02681-WQH-SBC | |
|    Case No.: 3:25-cv-02826-WQH-SBC | **ORDER** |

HAYES, Judge:

On February 23, 2026, Co-Lead Plaintiffs Joshua Bloom, Andrea Holiday Bloom, and Insun Lee (collectively, "Plaintiffs") and Defendants aTyr Pharma Inc. and Sanjay S. Shukla (together, "Defendants") filed a Joint Motion for Order to Set Deadline to File the Amended Complaint and Establish Briefing Schedule (the "Joint Motion"). (ECF No. 24.)

IT IS HEREBY ORDERED that the Joint Motion (ECF No. 24) is granted as follows. Plaintiffs shall file an Amended Complaint no later than May 1, 2026. Defendants shall respond to the Amended Complaint no later than July 17, 2026. If Defendants move to dismiss the Amended Complaint, Plaintiffs shall file an Opposition no later than August 28, 2026, and Defendants shall file a Reply no later than September 28, 2026.

Dated:  February 27, 2026

Hon. William Q. Hayes
United States District Court

1