UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re aTyr Pharma Inc. Class Action Securities Litigation<br><br>This document relates to:<br>Case No.: 3:25-cv-02681-WQH-SBC<br>Case No.: 3:25-cv-02826-WQH-SBC | Case No.: 3:25-cv-02681-WQH-SBC<br><br>**ORDER** |

HAYES, Judge:

On February 23, 2026, Co-Lead Plaintiffs Joshua Bloom, Andrea Holiday Bloom, and Insun Lee (collectively, "Plaintiffs") and Defendants aTyr Pharma Inc. and Sanjay S. Shukla (together, "Defendants") filed a Joint Motion for Order to Set Deadline to File the Amended Complaint and Establish Briefing Schedule. (ECF No. 24.)

On February 27, 2026, the Court granted the motion, gave Plaintiffs leave to file an Amended Complaint, and ordered that Defendants respond to the Amended Complaint no later than July 17, 2026. (ECF No. 25.)

On May 1, 2026, Plaintiffs filed an Amended Complaint. (ECF No. 26.)[1]

On July 17, 2026, Defendants filed a Motion to Dismiss. (ECF No. 27.)

[1] The Amended Complaint also names Defendant Jill M. Broadfoot. (ECF No. 26 ¶ 29.)

On August 17, 2026, Plaintiffs and Defendants filed the pending Joint Motion to Amend Complaint and Set New Briefing Schedule. (ECF No. 30.) Plaintiffs seek leave to file a Second Amended Complaint ("SAC") because, in the period after Plaintiffs' filing of the Amended Complaint, aTyr Pharma. Inc. disclosed a regulatory outcome pertaining to its "clinical development path for Efzofitimod." *Id.* at 2. "Plaintiffs believe it is appropriate to amend the Complaint in light of the new information [and] are in the process of preparing" a SAC. *Id.* at 3. The parties state that "Defendants do not oppose amendment so long as Plaintiffs file the [SAC] by September 11, 2026." *Id.* The parties move the Court to dismiss the pending motion to dismiss the Amended Complaint, grant Plaintiffs leave to file a SAC, and set a revised briefing schedule for Defendants' response. *Id.* at 3–4.

IT IS HEREBY ORDERED that the Joint Motion to Amend Complaint and Set New Briefing Schedule (ECF No. 30) is granted as follows. Plaintiffs may file a SAC no later than September 11, 2026. Defendants shall respond to the SAC no later than October 26, 2026. If Defendants move to dismiss the SAC, Plaintiffs shall file an Opposition no later than December 10, 2026, and Defendants shall file a Reply no later than January 11, 2027.

IT IS FURTHER ORDERED that the pending Motion to Dismiss (ECF No. 27) is denied as moot without prejudice to refile.

Dated: August 24, 2026

William Q. Hayes

Hon. William Q. Hayes
United States District Court